ROBERT S. WILSON, Respondent, *v.* JAMES C. QUINN et al., Individually and as Members of the New York City Alcoholic Beverage Control Board, et al., Appellants.

Argued March 14, 1938; decided April 12, 1938.

*William H. Ticho* for appellants.
*Richard S. Temko* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.